**EXHIBIT** _____1_____   15.0

*Doc 11/18/19*

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

NORFOLK SUPERIOR COURT
DOCKET NO. 18-0364

DAVID S. LANDAU AND LANDAU
STAFFING SOLUTIONS LLC,

Plaintiffs

v.

ALLAN B. HARTLEY,

Defendant

*11/18/19
RECEIVED & FILED
CLERK OF THE COURTS
NORFOLK COUNTY
11/21/19*

## <u>ORDER</u>

Upon consideration of the <u>Plaintiffs' Motion to Compel Discovery from Defendant</u>, the Court hereby orders as follows:

(1)    Defendant, Allan B. Hartley, shall respond to plaintiffs' interrogatories and document requests within fourteen (14) days hereof and shall appear for a deposition before plaintiff's counsel within twenty-one (21) days of this order.

(2)    Further, Lisa Hartley shall appear for a deposition before plaintiff's counsel within twenty-one (21) days of this order.

So ordered:

_____
Justice of the Superior Court

Date: _____ 18, 2019

I ATTEST THAT THIS DOCUMENT IS A
CERTIFIED PHOTOCOPY OF AN ORIGINAL
ON FILE.

_____
Deputy Assistant Clerk

*11/21/19*